UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA CHALAS, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>   -against-<br><br>BROOKLYN BILTONG LLC and STORMBERG FOODS, LLC,<br><br>         Defendants. | 1:22-cv-03890 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

   The Court has reviewed Plaintiff's status letter. *See* ECF No. 20. Plaintiff filed the Amended Complaint on December 12, 2022 (*see* ECF No. 16), but the docket does not reflect that Plaintiff served the Amended Complaint on either Defendant. Accordingly, Plaintiff shall serve the Amended Complaint on Defendant Brooklyn Biltong LLC and the Amended Complaint and summons on Defendant Stormberg no later than **March 15, 2023.** Plaintiff shall file proof of such service by **March 15, 2023**. Defendants shall file an answer or otherwise respond to the Amended Complaint **within 21 days of service** of the Amended Complaint.

Dated: February 23, 2023
   New York, New York

                       SO ORDERED.

                       *Jennifer Rochon*
                       JENNIFER L. ROCHON
                       United States District Judge